**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON ALEJANDRO ROQUE REY, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN, CENTRAL VALLEY ) <br> ) <br> ANNEX ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | No. 1:26-cv-04388-DJC SCR <br><br> **[PROPOSED] ORDER AMENDING SCHEDULING ORDER** |

GOOD CAUSE APPEARING, it is hereby Ordered that petitioner is granted an additional 30 days - to and including July 18, 2026 – to file a reply/traverse to the government's opposition.

IT IS SO ORDERED

Dated: June 22, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order 26-cv-04388-DJC SCR - 1