UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ALEJANDRO ROQUE REY (A# 200-957-799),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX,<br><br>Respondent. | No. 1:26-cv-4388 DJC SCR<br><br><u>ORDER</u> |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondent filed objections to the findings and recommendations for the reasons indicated in their prior responsive pleading.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by

the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 15) are adopted in full.
2. Petitioner's amended application for a writ of habeas corpus is granted.
3. Respondent is directed to immediately release Petitioner RAMON ALEJANDRO ROQUE REY, (A#200-957-799), on reasonable conditions of supervision in accordance with 8 C.F.R. § 241.13(h).
4. Respondent is prohibited from redetaining Petitioner without first complying with 8 C.F.R. § 241.13.
5. The Clerk of the Court is directed to:

   a. Serve the Central Valley Annex with a copy of any order of release; and

   b. Enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Th/roqu4388.JO.RELEASE